**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 22-00817DOC-(ADSx)                    Date: June 27, 2022

Title:   Chasity Moore v. First Transit, Inc. et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|  Karlen Dubon  |  Court Smart  |
|---|---|
| Courtroom Clerk | Court Reporter |

|  ATTORNEYS PRESENT FOR PLAINTIFF:  |  ATTORNEYS PRESENT FOR DEFENDANT:  |
|---|---|
| Michael T. Carr | Julie R. Campos |

PROCEEDINGS:       **PLAINTIFF'S MOTION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT [15]**

The case is called. The Court and counsel confer.

The Court GRANTS Plaintiff's motion to remand case to Orange County Superior Court [15].

The Court orders case REMANDED back to Orange County Superior Court.

                                                                    :      10

                                                        Initials of Deputy Clerk: kdu